OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R    $ 00.26⁵
0002003152    FEB 09 2015
MAILED FROM ZIP CODE 78701

2/4/2015

HARGROVE, MARCUS WAYNE    Tr. Ct. No. 12-027-CR-A    WR-81,965-02

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk



MARCUS WAYNE HARGROVE
# 1920120